# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHRISTOPHER HITSON**

                                                                                                **PLAINTIFF**

V.                               CASE NO.: 3:11CV00210 BD

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration                                         **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Christopher Hitson.

DATED this 2nd day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE